**DANSBY v. STATE.**

No. 25650.

Court of Criminal Appeals of Texas.
Jan. 16, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

254

GRAVES, Presiding Judge.

The conviction is for sodomy; the punishment assessed is confinement in the state penitentiary for five years.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment of the trial court is affirmed.